UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ABU SALIM-GOULD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MINISTER LOUIS FARRAKHAN; ) | No. 2:15-CV-2-FL |
| NATION OF ISLAM; NATION OF ) | |
| ISLAM PRISON REFORM MINISTRY; ) | |
| and SUPPORT PRISON REFORM, INC., ) | |
| NFP., ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 10, 2014, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 11, 2015, and Copies To:**

Abdu-Salim Gould (via U.S. Mail) Bertie Martin Regional Jail,
                230 County Farm Road, Windsor, NC 27983


March 11, 2015                JULIE RICHARD JOHNSTON, CLERK
                                      /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk